In the Matter of the Accounting of UNITED STATES TRUST COMPANY OF NEW YORK, as Executor of HANNAH M. LYDIG, Deceased, Respondent.

JULIA D. MCILVAINE et al., Appellants; EDWARD P. BECKWITH et al., as Executors of MARGARETTA P. BECKWITH, Deceased, et al., Respondents.

(Argued November 22, 1933; decided December 15, 1933.)

*Grenville Clark, Elihu Root, Jr., Abram Glaser, Henry B. Closson* and *Joseph Potts* for Julia D. McIlvaine et al., appellants.

*Phillip W. Haberman, Jr., Sam Bernard, Jr.,* and *Armin H. Mittelmann* for James E. De Kay, appellant.

*Herbert Barry, George N. Whittlesey, J. Edwards Wyckoff, George H. Fox, Wolcott P. Robbins, Herbert S. Schoonmaker, Norborne P. Gatling, William E. Birdsall, Stephen P. Nash* and *Walter W. Law* for The American Society for the Prevention of Cruelty to Animals and other corporations, respondents.

*William Byrd, William C. Chanler* and *John E. Parsons* for Lenox Library Association et al., respondents.

*Gerald Donovan* and *Raymond D. Thurber* for The New York Society for the Prevention of Cruelty to Children, respondent.

*James H. Richards* and *George L. Shearer* for United States Trust Company of New York, as executor of Hannah M. Lydig, deceased, respondent.

*James F. Donnelly* and *Samuel Michelman* for Honor Emergency Fund of the Fire Department of the City of New York, respondent.

*Edward W. Walker* for The New York Association for Improving the Condition of the Poor, respondent.

Order affirmed, with costs to each party appearing and filing a separate brief payable out of the estate. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.